UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTACORP CAPITAL INC. (n/k/a ATB
Capital Markets Inc.),

                                Plaintiff,

                    -v-

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., FINRA REGULATION,
INC. (f/k/a FINRA Dispute Resolution, Inc.),
JOHN C.T. CLOGHESY,

                              Defendants.

20 Civ. 5221 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On July 7, plaintiff AltaCorp Capital Inc. ("AltaCorp") filed the complaint in this case. Dkt. 1. On July 14, AltaCorp moved for a preliminary injunction enjoining defendants the Financial Industry Regulatory Authority, Inc., and FINRA Regulation, Inc. (collectively, the "FINRA defendants") from administering and proceeding with an arbitration filed by defendant John C.T. Cloghesy. Dkts. 15–16. Defendants have not yet been served or filed an appearance in this case.

    Accordingly, the Court orders AltaCorp to serve its motion and supporting papers on all defendants, and to file an affidavit of such as to each defendant forthwith and, in any event, no later than Monday, July 20, 2020. Each defendant's opposition is due 14 days after AltaCorp files the affidavit of service as to that defendant.[1] AltaCorp's reply is due 7 days thereafter.

---

[1] By its terms, the motion for preliminary injunction seeks to enjoin only the FINRA defendants. Accordingly, the Court does not require, but will allow, defendant Cloghesy to file an opposition to AltaCorp's motion.

SO ORDERED.

                                                                              _____
                                                                              PAUL A. ENGELMAYER
                                                                              United States District Judge

Dated: July 15, 2020
           New York, New York

2