

**Robert L. Herskovits**
robert@herskovitslaw.com
212.897.5410

January 21, 2021

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>**AltaCorp Capital Inc. v. John C.T. Cloghesy, et al.**</u>
              **Case No. 1:20-cv-05221-PAE**

Dear Judge Engelmayer:

    We represent John C.T. Cloghesy. Pursuant to the parties' settlement and FRCP 41(c), Mr. Cloghesy hereby dismisses the counterclaim and his pending motion to compel arbitration with prejudice.

    Plaintiff will likewise be withdrawing its fee petition with prejudice.

                                                      Respectfully submitted,

                                                      Robert L. Herskovits

cc:    Counsel of Record (by ECF)

                                        SO ORDERED.

                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

January 22, 2021